RYAN TYZ, CSB 234895
TYZ MARTON SCHUMANN LP
28 2nd Street
Floor 3, #3119
San Francisco, CA 94105
Telephone: (415) 513-0765
Email: rtyz@tyzlaw.com

Attorney for plaintiff, WALTER J. TYZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WALTER J. TYZ,

    Plaintiff,

  v.

SHEET METAL WORKERS'
NATIONAL PENSION FUND,

    Defendant.

No. 2:15-cv-00606-MCE-KJN

**ORDER RE: STIPULATION OF DISMISSAL**

Pursuant to the parties' Stipulation of Dismissal (Docket No. 9), the Court herby orders that this case is dismissed without prejudice, with such dismissal to be deemed with prejudice upon (i) the commencement and continued payment of Plaintiff's monthly Normal Retirement Pension benefit in the amount of $104; and (ii) the payment of $1,560, plus interest at the rate of 3% (determined as of the date of payment), which represents the retroactive portion of Mr. Tyz's Normal Retirement Pension benefit, with an Effective Date of Pension on September 1, 2014 and payments due through November 30, 2015.  Each party shall bear its own fees and costs.  The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

    IT IS SO ORDERED.

Dated:  November 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1